UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  
KENNEDY M SHANNON,  
 DEBTOR  
_____/

CHAPTER 13  
CASE NO. 23-41250-MAR  
JUDGE MARK A RANDON

## ORDER ADJOURNING HEARING

This matter having come on for hearing on 6/28/2023, regarding *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ Confirmation of a Plan.

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED** that *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ The above referenced matter is adjourned to 9/27/2023 at 10:00 a.m.

☒ Debtor shall file and serve amended schedules B, I and Plan on or before 8/21/2023.

☒ Other: The debtor shall provide the following to the Trustee on or before 8/21/2023:
1. Lawsuit documents
2. SEV statements and deeds for properties located at 10008 Piedmont, 8506 Piedmont, 9443 Stout, 9566 St. Marys, 9610 St. Marys, 15445 Speel, 12957 St. Marys and 9090 Stout
3. Recent pay stubs

☒ Other: The debtor shall provide the following to the Trustee, if available, on or before 8/21/2023:
1. Business documents for Shannon Global Enterprises including bank statements, P & L statements for year prior to filing, current schedule of accounts receivable/payable, insurance policies and accurate list of assets

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

/s/ Omar Badr
Omar Badr (P70966)
30448 Woodward Ave
Royal Oak, MI 48073-0000
313/962 4656
detroitbankruptcylawyer@gmail.com

/s/ Melinda Oviatt
Melinda Oviatt (P56101)
For Creditor: Wayne County Treasurer

**Signed on July 1, 2023**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**